Scott Davis F55132
CMC State Prison
P.O. Box 8101
San Luis Obispo, CA, 93409-8101

Legal Confidential

United State District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

RECEIVED
OCT 12 2007

CALIFORNIA MEN'S COLONY
STATE PRISON
SAN LUIS OBISPO CA 93409

$ 02.05
MAILED FROM ZIP CODE 93401