```
                                    FILED
                              07 OCT 18 AM 11: 24
                              RICHARD W. WIEKING
                           CLERK, U.S. DISTRICT COURT
                          NORTHERN DISTRICT OF CALIFORNIA
```

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

_____ )
                            )  CASE NO. **C 07 5314 CW (PR)**
              Plaintiff,    )
                            )
      vs.                   )  **PRISONER'S**
                            )  **APPLICATION TO PROCEED**
                            )  **IN FORMA PAUPERIS**
                            )
              Defendant.    )
_____)

I, **Scott Davis**, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: **N/A**      Net: **N/A**

Employer: **N/A**

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _self employed Window cleaning Gross about $1190.00_
5  _A month to 1500.00 it varied month to_
6  _month Total for 6 month was approx- 7700.00_

7  2. Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9   a.  Business, Profession or                     Yes ___ No ✓
10      self employment
11  b.  Income from stocks, bonds,                  Yes ___ No ✓
12      or royalties?
13  c.  Rent payments?                              Yes ___ No ✓
14  d.  Pensions, annuities, or                     Yes ___ No ✓
15      life insurance payments?
16  e.  Federal or State welfare payments,          Yes ___ No ✓
17      Social Security or other govern-
18      ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____N/A_____
22  _____

23  3.  Are you married?                             Yes ___ No ✓
24  Spouse's Full Name: _N/A_
25  Spouse's Place of Employment: _N/A_
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $ _N/A_  Net $ _N/A_
28  4.  a.  List amount you contribute to your spouse's support: $ _N/A_

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____none_____

5. Do you own or are you buying a home?   Yes ___ No ✓
Estimated Market Value: $ N/A   Amount of Mortgage: $ N/A

6. Do you own an automobile? yes   Yes ___ No ___
Make Ford   Year 92   Model Explorer
Is it financed? Yes ___ No ✓   If so, Total due: $ _____
Monthly Payment: $ N/A

7. Do you have a bank account? Yes ✓ No ___ (Do not include account numbers.)
Name(s) and address(es) of bank: ~~[redacted]~~ Washington mutual Santa Rosa 4th St Ca, 96407
Present balance(s): $ about $200-$300 Dollars

Do you own any cash? Yes ___ No ✓   Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes ___ No ✓

_____N/A_____

8. What are your monthly expenses? Im Incarcerated
Rent: $ N/A   Utilities: N/A
Food: $ N/A   Clothing: N/A

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| N/A | $ | $ |
|  | $ | $ |
|  | $ | $ |

9. Do

1  you have any other debts? (List current obligations, indicating amounts and to whom they are
2  payable. Do not include account numbers.)
3  _I owe court cost Sonoma County_
4  _And probation fees about 600.00_
5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?  Yes ___  No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____N/A_____
10 _____
11      I consent to prison officials withdrawing from my trust account and paying to the court
12  the initial partial filing fee and all installment payments required by the court.
13      I declare under the penalty of perjury that the foregoing is true and correct and
14  understand that a false statement herein may result in the dismissal of my claims.
15
16  _10-9-07_                    _Scott Davis_
17    DATE                        SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No._____  - 4 -

```
1
2                                              Case Number: _____
3
4
5
6
7
8
9                      CERTIFICATE OF FUNDS
10                              IN
11                     PRISONER'S ACCOUNT
12
13     I certify that attached hereto is a true and correct copy of the prisoner's trust account
14  statement showing transactions of  Scott w Davis  for the last six months
15  at
16                              [prisoner name]
17   Californias men Colony  where (s)he is confined.
18         [name of institution]
19     I further certify that the average deposits each month to this prisoner's account for the
20  most recent 6-month period were $ _____ and the average balance in the prisoner's
21  account each month for the most recent 6-month period was $_____.
22
23  Dated: 10-9-07                     _____
24                                     [Authorized officer of the institution]
25
                                       See attached certified
26                                     Form next page
27
28
```

See attached certified Form next page

-5-

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIFORNIA MENS COLONY
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: APR. 18, 2007 THRU SEP. 18, 2007

ACCT: F55132    ACCT NAME: DAVIS, SCOTT WILLIAM    ACCT TYPE: I

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 12.27 | 12.27 | 0.00 | 7.50 | 0.00 |

CURRENT
AVAILABLE
BALANCE
---------------
7.50-
---------------

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE   9-18-07

```
REPORT ID: TS3030  .701                              REPORT DATE: 09/18/07
                                                     PAGE NO:    1
              CALIFORNIA DEPARTMENT OF CORRECTIONS
                    CALIFORNIA MENS COLONY
                  INMATE TRUST ACCOUNTING SYSTEM
                  INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: APR. 18, 2007 THRU SEP. 18, 2007

ACCOUNT NUMBER : F55132
ACCOUNT NAME   : DAVIS, SCOTT WILLIAM         BED/CELL NUMBER: WFW1100000000044U
PRIVILEGE GROUP: A                            ACCOUNT TYPE: I

                       TRUST ACCOUNT ACTIVITY
         TRAN
DATE     CODE  DESCRIPTION    COMMENT    CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
-----    ----  -----------    -------    ---------   --------   -----------   -------

04/18/2007     BEGINNING BALANCE                                                 0.00

07/17   D320  TRUST FUNDS T 16597-SQ                   8.22                      8.22
07/25*  D030  CASH DEPOSIT  16648/1                    4.05                     12.27
08/06   W516  LEGAL COPY CH 0571                                    2.40         9.87
08/24   W516  LEGAL COPY CH 899                                     9.87         0.00


                       CURRENT HOLDS IN EFFECT
  DATE      HOLD
  PLACED    CODE    DESCRIPTION              COMMENT      HOLD AMOUNT
  ------    ----    -----------              -------      -----------
  09/14/2007  H104  DAMAGES HOLD             1218/W530        6.00
  09/17/2007  H118  LEGAL COPIES HOLD        1239/W516        1.50


                    * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 12/19/06                     CASE NUMBER: *SCR32799
COUNTY CODE: *SON                            FINE AMOUNT: $    311.85

DATE       TRANS.   DESCRIPTION                    TRANS. AMT.    BALANCE
-------    ------   -----------                    -----------    -------

04/18/2007       BEGINNING BALANCE                                 296.01

06/27/07   SU03    SYS UPDATE - POS                   4.50-        291.51
07/25/07   DR30    REST DED-CASH DEPOSIT              4.50-        287.01

    * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
    * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *
```

```
REPORT ID: TS3030  .701                                    REPORT DATE: 09/18/07
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                           CALIFORNIA MENS COLONY
                        INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: APR. 18, 2007 THRU SEP. 18, 2007


              TOTAL NUMBER OF STATEMENTS PRINTED:           1

      TOTAL CURRENT BALANCE FOR ALL THE STATEMENTS:      0.00
```