SCOTT W. DAVIS, Pro Se Case No.C 07   5314 CW (P R)
C.M.C. WEST P.O. Box 8103
Unit 1 Dorm 10 Bed 44 Up
Sanluis Obispo, Ca. 93403-8103

To the Court;

   The plaintiff Scott W.Davis would like to notify the Court he is unable to do the E-Filing that is talked about in the ECF Registration Information Handout you sent me. Plaintiff has no attorney of yet and does not have acess to internet due to security reasons at prison.
In the near future plaintiff wiill have a attorney and be out of custody and will be able to comply with E-FILING at that time.
Plaintiff ask the court now for new instuctions on how to proceed in serving all parties and be relieved of E-filing requirement.

October 24th 2007                              Scott W.Davis, Pro Se
                                        C.D.C    F-55132

(VERIFICATION – 446, 2015.5 C.C.P.)

STATE OF CALIFORNIA
COUNTY OF SAN LUIS OBISPO

I am the party of the above entitled actions, a citizen of the United States, over the age of eighteen years and a resident of San Luis Obispo County. My current address is:

Scott W. Davis CDC No. F-55132
California Men's Colony-West
P.O. Box 8103    Unit 1    Dorm 10    Bed 44M
San Luis Obispo, California 93403-8103

I CERTIFY (OR DECLARE), UNDER THE PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON October 24th, 20 07 AT SAN LUIS OBISPO, CALIFORNIA, 93403-8103

Scott W. Davis
PETITIONER

**PROOF OF SERVICE BY MAIL**

STATE OF CALIFORNIA
COUNTY OF SAN LUIS OBISPO

I AM A RESIDENT OF SAID COUNTY, OVER THE AGE OF EIGHTEEN YEARS, AND NOT A PARTY TO THE ABOVE ENTITLED ACTION. MY STATE PRISON ADDRESS IS:

G. McClellen CDC No. T-89457
California Men's Colony-West
P.O. Box 8103    Unit 1    Dorm 10    Bed 45-U
San Luis Obispo, California 93403-8103

ON October 24th, 20 07, I SERVED THE WITHIN Letter to U.S. Dist. Ct. clerk regarding not being able to file "E-filing"

ON THE PARTY:

IN SAID ACTION, BY PLACING A TRUE COPY THEREOF IN A SEALED ENVELOPE WITH POSTAGE THEREON PREPAID, IN THE UNITED STATES MAIL, AT CALIFORNIA MEN'S COLONY, SAN LUIS OBISPO, CA, 93403-8103, ADDRESS AS FOLLOWS:

Office of the Clerk U.S. District Court
Northern District of California
450 Golden Gate Ave
San Francisco, CA 94102

I DECLARE, UNDER THE PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON October 24th, 20 07, AT SAN LUIS OBISPO, CALIFORNIA

G. McClellen
SIGNATURE OF DECLARANT

(REV. 9/02)