CALIFORNIA MEN'S COLONY STATE PRISON
P.O. BOX 8101
SAN LUIS OBISPO, CA 93409-8101

Name: Scott W. Davis
CDCR #: F55132  Cell #: 1-10-144

**STATE PRISON GENERATED MAIL**

FSP41-0077-1

[Postage: $00.41 — OCT 25 2007 — MAILED FROM ZIP CODE 93401]

CALIFORNIA MEN'S COLONY
STATE
SAN LUIS 9
93409

Office of the Clerk US District Court
Northern District of California
450 Golden Gate Ave
San Francisco, CA 94102

94102
CCO4