Scott W. Davis, Pro Se
CMC-West/P.O. Box 8103
Unit 1/Dorm 10/Bed 44 Up
San Luis Obispo, CA. 93403-8103

FILED
07 NOV 28 PM 2:01
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT W. DAVIS, an individual<br><br>Plaintiff.<br>vs.<br>DRUG COURT TREATMENT CENTER,<br><br>Individuals Debbie Pope, Counselors Bill, Debbie, and Tommy, et.al.<br><br>And DOES 1-10 inclusive<br><br>Defendants. | Case No: C-07-5314-CW-(PR)<br><br>COMPLAINT UNDER CIVIL RIGHTS ACT §1983<br><br>JURY TRIAL DEMAND; F.R. Civ. P 38(b)<br><br>1) VIOLATION OF ESTABLISHMENT CLAUSE PURSUANT TO TITLE 42 U.S.C. §1983<br><br>2) DENIAL OF PROTECTED RIGHTS UNDER CALIFORNIA LAW<br><br>3) VIOLATION OF FREE EXERCISE CLAUSE<br><br>Amount demanded: $1,300,000 |

INFORMATION NOTICE

Please take notice that the plaintiff informs the Court that he is unable to conform to ECF Registration due to his custodial status. Plaintiff will comply with ECF Program upon his release on 1-26-2008. Plaintiff awaits further instruction from Court in this matter. The Court should note that this is the second notification sent by plaintiff.

Dated: 11-18-2007                             Scott W. Davis, Pro Se

                                              *Scott W. Davis*
                                              Plaintiff

1