CALIFORNIA MEN'S COLONY STATE PRISON
P.O. BOX 8101
SAN LUIS OBISPO, CA 93409-8101

Name: Scott W. Davis

CDCR #: F55132  Cell #: 1-10-44"

**STATE PRISON GENERATED MAIL**

confidential legal

CALIFORNIA MEN'S COLONY
STATE PRISON
SAN LUIS OBISPO CA 93409

UNITED STATES POSTAGE $00.41⁰
PITNEY BOWES
02 1M
0004247478  NOV 26 2007
MAILED FROM ZIP CODE 93401

Office of the Clerk U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

FSP41-0077-1