1  Scott W. Davis, Pro Se

2  CMC-West/P.O. Box 8103

3  Unit 1/Dorm 10/Bed 44 Up

4  San Luis Obispo, CA. 93403-8103

FILED

2008 JAN 24  PM 2: 38

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case No:   C-07-5314-CW-(PR)

SCOTT W. DAVIS, an individual )  COMPLAINT UNDER CIVIL RIGHTS ACT §1983
)
Plaintiff. )  JURY TRIAL DEMAND; F.R. Civ. P 38(b)
vs. )
)  1) VIOLATION OF ESTABLISHMENT CLAUSE
DRUG COURT TREATMENT CENTER, )     PURSUANT TO TITLE 42 U.S.C. §1983
)
Individuals Debbie Pope, Counselors )  2) DENIAL OF PROTECTED RIGHTS UNDER
Bill, Debbie, and Tommy, et.al. )     CALIFORNIA LAW
)
)  3) VIOLATION OF FREE EXERCISE CLAUSE
)
And DOES 1-10 inclusive )
)
Defendants. )  Amount demanded: $1,300,000
)

INFORMATION NOTICE

Please take notice that the plaintiff informs the Court that his mailing address will change on January 26th, 2008 to 370 wilson Ln. Windsor, Ca. 95492. New address    to contact the plaintiff in this  matter·

Dated: January 20th, 2008         Scott W. Davis, Pro Se

                                  Scott W. Davis
                                  Plaintiff

CALIFORNIA MEN'S COLONY STATE PRISON
P.O. BOX 8101
SAN LUIS OBISPO, CA 93409-8101

Name: Scott W. Davis
CDCR #: F55132  Cell #: 1-10-4up

**STATE PRISON**
**GENERATED MAIL**

FSP41-0077-1

CALIFORNIA MEN'S COLONY
STATE PRISON
SAN LUIS OBISPO CA 93409

UNITED STATES POSTAGE
PITNEY BOWES
02 1M
000424747B
$ 00.41⁰
MAILED FROM ZIPCODE 93401
JAN 22 2008

Confidential
Legal mail

Office of the Clerk U.S. District Court
Northern District of California
1301 Clay St., Suite 400S
Oakland, Ca. 94612-5212

94612$212 C037