1-29-08

Scott W. Davis
370 Wilson Ln. Windson
California, 95492

Case No: C-07-5314-CW-(PR)
Complaint Under Civil Rights Act 1983

To The United States District Court
Northern District of California

Plaintiff gives second notice of address change. Plaintiff Scott W. Davis address has changed on 1-26-08 to 370 Wilson Ln. Windson, California 95492 Plaintiff awaits further instructions from Court

1-29-08

Scott W. Davis
Pro Se