Scott W. Davis F55132 Pro.Se
2777 Ventura Ave (M.A.D.F.)
Santa Rosa Ca, 95403

FILED
JUN 1 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

SCOTT W. DAVIS,
    Plaintiff,
  v.
DRUG COURT TREATMENT CENTER,
et al.,
    Defendants.

NO. C 07-05314 CW (PR)
"Notice of Change of Address"

    Plaintiff informs the Court that his address has changed from 370 Wilson Ln. Windsor Ca, 95492 to Main Adult Detention Facility 2777 Ventura Ave. Santa Rosa Ca, 95403. Plaintiff has recently been incarcerated. Plaintiff has received order and application regarding IN FORMA PAUPERIS (NON-prisoner cases only) Plaintiff is now under the assumption that this NON prisoner application does not apply to him since he presently is incarcerated. Plaintiff is unsure whether or not the Court needs a new 28 U.S.C. 1915(b)(1) prisoner application IN Forma Pauperis because you have one already from before. Since Plaintiff worked a little while not incarcerated

-1-

1  and now is incarcerated again with very limited
2  money on hand, Plaintiff will send another prisoner
3  IN FORMA Pauperis application because he can-
4  not afford the fee payment for writ at this time.
5     Plaintiff awaits further instruction from the
6  court in this matter.

8  Dated 6-4-08                    Scott Davis
9                                     Pro Se

-2-