Scott W Davis FDSP132
NORTH BAY CA ROSA JUNe 10 2008
Santa Rosa Cq, 95403

Office of the Clerk, U.S. District Court
Northern District of California
1301 Clay St., Suite 400S
Oakland, Ca 94612-5212