**FILED**

JUN 1 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Scott W. DAVIS,
                                        Plaintiff,

        vs.

DRUG COURT TREATMENT CENTER et al.,
                                        Defendant.

CASE NO. C 07-05314 CW (PR)

**PRISONER'S**
**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**

I, Scott Davis, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

        In support of this application, I provide the following information:

1.      Are you presently employed? Yes ____ No ✔

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ___N/A___          Net: ___N/A___

Employer: ___N/A___

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received.   (If you are imprisoned, specify the last place of employment prior to imprisonment.)

_last employed 4-2-08    750 00 per month gross and net_

2.     Have you received, within the past twelve (12) months, any money from any of the following sources:

    a.     Business, Profession or self employment      Yes ✓ No ____

    b.     Income from stocks, bonds, or royalties?      Yes ____ No ____

    c.     Rent payments?      Yes ____ No ____

    d.     Pensions, annuities, or life insurance payments?      Yes ____ No ____

    e.     Federal or State welfare payments, Social Security or other govern- ment source?      Yes ✓ No ____

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_Self employed 1500 00 Total for 2 months    also recieved Food Stamps 192 00_

3.     Are you married?      Yes ____ No ✓

Spouse's Full Name: _N/A_

Spouse's Place of Employment: _N/A_

Spouse's Monthly Salary, Wages or Income:

Gross $ _N/A_      Net $ _N/A_

4.     a.     List amount you contribute to your spouse's support:$ _N/A_

b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support.  (NOTE: For minor children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.).

_____ N/A _____

_____

5.  Do you own or are you buying a home?          Yes ____  No ✓

Estimated Market Value: $ __ N/A __ Amount of Mortgage: $ __ N/A __

6.  Do you own an automobile?          Yes ____  No ✓

Make __ N/A __ Year __ N/A __ Model __ N/A __

Is it financed? Yes __ N/A __ No __ N/A __ If so, Total due: $ __ N/A __

Monthly Payment: $ __ N/A __

7.  Do you have a bank account?  Yes __ ✓ __ No ____ (Do not include account numbers.)

Name(s) and address(es) of bank: Redwood credit union 2360 Mendocino Ave Suite A 4 Santa Rosa ce 9540) Washington mutual 835 4tst S.R.

Present balance(s): $ 160⁰⁰ at Redwood credit union ) (5⁰⁰ at washington mutual )

Do you own any cash? Yes ____ No ✓ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes ____ No ✓

_____

8.  What are your monthly expenses?

Rent: $ _____ N/A _____   Utilities: __ N/A __

Food: $ __ N/A __   Clothing: __ N/A __

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
| --- | --- | --- |
| N/A | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |

9.    Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do <u>not</u> include account numbers.)

_____

_____

10.    Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?    Yes ____ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____ N/A _____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

6-4-08
DATE

*Scott Davis*
SIGNATURE OF APPLICANT

# CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of ___Scott Davis___ for the last six months at __Sonoma County Main Adult Detention Facility, Santa Rosa California__ where (s)he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _15.00_ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _0_

Dated: _5/30/08_ _____

[Authorized officer of the institution]