1 Scott W. Davis F55132 Pro, Se
2 2777 Ventura Ave. (M.A.D.F.)
3 Santa Rosa Ca, 95403

FILED
SEP 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

SCOTT W. DAVIS,
      Plaintiff,
 v.
DRUG COURT TREATMENT
CENTER,
et al;
      Defendants.

NO. C 07-05314 CW (PR)
"NOTICE OF INFORMATION"

   Plaintiff sends the court the requested information. Plaintiff was ordered to file a copy of his prisoner trust account statement. Enclosed in this letter to the court is this information.
   Plaintiff awaits futher instruction from the court.

Dated: 9-1-08

Scott W. Davis
Pro, Se

Inmate Cash Transactions                                                          The Jail System
                         Booking Number: 9989765
Name: DAVIS, SCOTT WILLIAM                                    D-Number: 83651
Cell: G21                                                     Medical Number: X8406
Class: MI CV                                                  Work: 0 Judicial: L
Cash: $0.17      Property: 369    Clothing: 1426              Total Bail:  NO BAIL
Diet: U
Rel Date:   /  /      Time:                    Rel Auth:   Rel Notic: MD    MH
                                                      Victims Notified:

| Date | Time | Receipt | Description | Withdrawal | Deposit |
|---|---|---|---|---|---|
| 4/03/2008 | 0401 | A003224265 | INTAKE | | 28.31 |
| 4/03/2008 | 1017 | A003224550 | INTAKE BAG | 1.71 | |
| 4/07/2008 | 0526 | A003226445 | COMMISSARY | 5.86 | |
| 4/07/2008 | 0526 | A003226445 | PHONE CARD | 20.00 | |
| 4/10/2008 | 0402 | A003227888 | COMMISSARY | 0.60 | |
| 4/16/2008 | 1104 | A003230658 | DEPOSIT | | 30.00 |
| 4/16/2008 | 2330 | A003230917 | MED COPAY 04/09/2008 | 3.00 | |
| 4/17/2008 | 0555 | A003231551 | COMMISSARY | 23.13 | |
| 4/21/2008 | 0442 | A003233457 | COMMISSARY | 3.00 | |
| 4/24/2008 | 0326 | A003234849 | COMMISSARY | 0.90 | |
| 4/27/2008 | 1557 | A003236049 | DEPOSIT | | 15.00 |
| 4/28/2008 | 0402 | A003236897 | COMMISSARY | 14.77 | |
| 5/07/2008 | 1423 | A003241286 | DEPOSIT | | 20.00 |
| 5/08/2008 | 0412 | A003242087 | COMMISSARY | 18.58 | |
| 5/12/2008 | 0407 | A003243933 | COMMISSARY | 1.55 | |
| 5/18/2008 | 1719 | A003246532 | DEPOSIT | | 10.00 |
| 5/19/2008 | 0402 | A003247295 | COMMISSARY | 9.80 | |
| 5/25/2008 | 1624 | A003249817 | DEPOSIT | | 10.00 |
| 5/27/2008 | 0436 | A003250887 | COMMISSARY | 7.67 | |
| 5/29/2008 | 0256 | A003251758 | COMMISSARY | 2.65 | |
| 5/30/2008 | 1253 | A003252302 | DEPOSIT | | 40.00 |
| 6/01/2008 | 1833 | A003253004 | DEPOSIT | | 50.00 |
| 6/02/2008 | 0305 | A003253487 | COMMISSARY | 35.33 | |
| 6/05/2008 | 0258 | A003254998 | COMMISSARY | 28.98 | |
| 6/09/2008 | 0307 | A003256760 | COMMISSARY | 10.17 | |
| 6/12/2008 | 0245 | A003258225 | COMMISSARY | 10.13 | |
| 6/16/2008 | 0313 | A003259983 | COMMISSARY | 5.31 | |
| 6/22/2008 | 1747 | A003262764 | DEPOSIT | | 10.00 |
| 6/26/2008 | 0251 | A003264721 | COMMISSARY | 9.86 | |
| 6/29/2008 | 1847 | A003265969 | DEPOSIT | | 10.00 |
| 6/30/2008 | 0258 | A003266387 | COMMISSARY | 9.88 | |
| 6/30/2008 | 2336 | A003267002 | DEPOSIT | | 20.00 |
| 7/03/2008 | 0250 | A003267890 | COMMISSARY | 18.09 | |
| 7/06/2008 | 1813 | A003269230 | DEPOSIT | | 10.00 |
| 7/07/2008 | 0315 | A003269763 | COMMISSARY | 9.70 | |
| 7/07/2008 | 1348 | A003270229 | DEPOSIT | | 20.00 |
| 7/10/2008 | 0242 | A003271209 | COMMISSARY | 22.46 | |
| 7/13/2008 | 1027 | A003272491 | DEPOSIT | | 10.00 |
| 7/14/2008 | 0303 | A003273084 | COMMISSARY | 8.86 | |
| 7/17/2008 | 0730 | A003274676 | COMMISSARY | 0.40 | |
| 7/17/2008 | 1152 | A003274838 | COMMISSARY | | 0.40 |
| 7/17/2008 | 1152 | A003274839 | COMMISSARY | 1.20 | |
| 7/20/2008 | 1813 | A003276024 | DEPOSIT | | 10.00 |
| 7/21/2008 | 0747 | A003276464 | COMMISSARY | 9.75 | |
| 7/27/2008 | 1810 | A003279176 | DEPOSIT | | 20.00 |
| 7/28/2008 | 0712 | A003279543 | COMMISSARY | 14.74 | |
| 7/31/2008 | 0728 | A003281283 | COMMISSARY | 4.45 | |
| 8/04/2008 | 0939 | A003283143 | COMMISSARY | 1.05 | |
| 8/09/2008 | 1141 | A003285469 | DEPOSIT | | 20.00 |
| 8/11/2008 | 0727 | A003286397 | COMMISSARY | 15.04 | |
| 8/14/2008 | 0729 | A003287906 | COMMISSARY | 4.92 | |

(19-View Intake) (29-View Arrest) (27-Past Events) (25-Sentence)