

Scott W Davis  FS5132
main adult Detention Facility
2777 Ventura Ave.
Santa Rosa Ca, 95403

Office of the Clerk, U.S. District Court
Northern District of California
1301 Clay St. Suite 400S
Oakland, Ca 94612-5212

94612$5212 C037

